UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIANO FRUTOS JUAREZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALEXION PHARMACEUTICALS, INC., LEONARD BELL, DAVID L. HALLAL, and VIKAS SINHA,<br><br>Defendants. | No.: 1:16-cv-08946<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**WHEREAS**, no defendant in the above-captioned action, *Juarez v. Alexion Pharmaceuticals, Inc.*, 1:16-cv-08946, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Victoriano Frutos Juarez hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: December 30, 2016

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  ahood@pomlaw.com
           jalieberman@pomlaw.com

{00225942;1 }

*Counsel for Plaintiff*

Case 1:16-cv-08946-RMB   Document 14   Filed 12/30/16   Page 2 of 2